United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

    v.

BNB VENTURES, LLC, et al.,

        Defendants.

Case No. 16-cv-05076-SK

**ORDER TO SHOW CAUSE**

On September 2, 2016, Plaintiff filed his complaint for violation of the Americans with Disabilities Act and the Unruh Civil Rights Act. Plaintiff filed various proofs of service of summons and complaint (Dkt. Nos. 7, 8, 10, 13) and a stipulation to extend time to respond to the complaint, which included a deadline of November 21, 2016. (Dkt. 12.) To date, no responsive pleadings have been filed on behalf of the Defendants. Plaintiff has not filed a request for entry of default, a request for an extension to the deadlines provided in Docket No. 5, or other notice advising the Court of the status of the action. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this Order to Show Cause by no later than January 23, 2017. Plaintiff is admonished that if he fails to file a response to this Order to Show Cause by January 23, 2017, the Court will dismiss this case without prejudice without further notice to Plaintiff.

**IT IS SO ORDERED**.

Dated: January 9, 2017

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge